JOHN W. HUBER, United States Attorney (No. 7226)
DEE W. SMITH, Special Assistant United States Attorney (No. 8688)
Attorneys for the United States of America
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 MAR 21  P 2: 33

DISTRICT OF UTAH

BY: _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RUDY MICHAEL PEREA, Defendant. | **INDICTMENT**<br><br>VIO.<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition [Count I]<br><br>Case: 1:18-cr-00027<br>Assigned To : Sam, David<br>Assign. Date : 3/21/2018<br>Description: |
|---|---|

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about February 7, 2018, in the Northern Division of the District of Utah,

**RUDY MICHAEL PEREA,**

defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Bushmaster model XM15-E25 .223 caliber AR-15 style rifle and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offense in Count I, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922, including but not limited to the following:

- Bushmaster .223 caliber AR-15 Rifle
- Ammunition

A TRUE BILL:

/s/
_____
FOREPERSON of the GRAND JURY


JOHN W. HUBER
United States Attorney


*Dee W. Smith*
DEE W. SMITH
Special Assistant United States Attorney